```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                               Case No. 13-05862-RNO
Edward E Schechterly                                                 Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-4      User: DGeorge      Page 1 of 1      Date Rcvd: Mar 19, 2019
                          Form ID: fnldec      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2019.
db         #+Edward E Schechterly,   832 Tucker Street,   Williamsport, PA 17701-5442

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2019                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2019 at the address(es) listed below:
              Ann S. Pepperman    on behalf of Creditor    Industrial Properties Corporation apepperman@mcclaw.com, mhurd@mcclaw.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Daniel K Mathers    on behalf of Debtor 1 Edward E Schechterly dmathers@mathersfirm.com, afullerton@mathersfirm.com
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              John Ben Bancroft    on behalf of Creditor    U.S. Small Business Administration john.bancroft@sba.gov
              Joseph P Schalk    on behalf of Creditor    Green Tree Servicing LLC jschalk@barley.com, sromig@barley.com
              Joseph P Schalk    on behalf of Creditor    GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR FANNIE MAE, AS OWNER AND BY 1ST PREFERENCE MORTGAGE CORPORATION jschalk@barley.com, sromig@barley.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Wilfred K Knecht    on behalf of Creditor    Industrial Properties Corporation wknecht@mcclaw.com, goconnell@mcclaw.com
              William Philip Carlucci    on behalf of Creditor    Woodlands Bank wcarlucci@elionlaw.com, wcarlucci@elionwayne.com
                                                                                                           TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Edward E Schechterly,<br>  fdba Northernlite Tailored Clothing, | Chapter 13 |
| **Debtor 1** | Case No. 4:13−bk−05862−RNO |

Social Security No.:
xxx−xx−1272

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: March 19, 2019

By the Court,

*[signature]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: DGeorge, Deputy Clerk

**fnldec** (05/18)